922

■

W. B. FLOYD, Appellant, v. STATE
of Texas, Appellee.

No. 23339.

Court of Criminal Appeals of Texas.

Jan. 30, 1946.

Walter A. Nelson, of Fort Worth, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted of burglary, and the jury also found that he had previously been convicted of felony theft. Punishment was assessed at 12 years in the penitentiary.

Upon the overruling of his motion for new trial appellant gave notice of appeal to this court. He has now filed his personal affidavit advising us that he does not desire to further prosecute his appeal, and at his request same is dismissed.

■

Louis LUCAS, Appellant, v. STATE of
Texas, Appellee.

No. 23300.

Court of Criminal Appeals of Texas.

Jan. 30, 1946.

Culwell & Culwell, of Amarillo, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for assault with intent to murder, punishment assessed being six years in the penitentiary.

Upon the overruling of his motion for new trial appellant gave notice of appeal to this court. Since that time he has filed his personal affidavit advising us that he does not desire to further prosecute his appeal, and at his request same is dismissed.